EL PUEBLO, DEMANDANTE Y APELADO, *v.* RIVERA, ACUSADO Y
APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao
en causa por delito de portar armas.

No. 914.—Resuelto en enero 25, 1916.

EXPOSICIÓN ANTERIOR POR EL MISMO DELITO (FORMER JEOPARDY)—TRANSCRIP-
CIÓN DE AUTOS — FUNDAMENTOS DE LA ALEGACIÓN. — Cuando lo único que
consta en la transcripción de los autos con respecto a la alegación de haber
estado expuesto el apelante por el mismo delito es que se hizo tal alegación,
el Tribunal Supremo está imposibilitado de resolver si la alegación estaba
fundada.

PORTAR ARMAS—REVÓLVER—ACERAS—MORADA.—El hecho de estar un acusado en
la acera del frente de su casa teniendo con sigo un revólver con el que hizo
algunos disparos, constituye el delito de portar armas, pues la acera no es
la morada de una persona.

Los hechos están expresados en la opinión.

Abogado del apelante: Sr. *Juan B. Huyke.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY emitió la opinión del tri-
bunal.

Esteban Rivera estableció el presente recurso de apela-
ción contra sentencia del Tribunal de Distrito de Humacao
que en grado de apelación lo condenó por el delito de portar
arma de fuego.

El principal fundamento del recurso es que se le condena
por un delito por el cual ya fué juzgado otra vez y absuelto.

De la exposición de hechos preparada por la parte ape-
lante y aprobada por el juez, inserta en la transcripción de
la apelación, sólo consta respecto a este particular que el
apelante hizo la siguiente alegación: ''que ha sido expuesto
por este mismo hecho, con fecha 20 de marzo de 1915, ante
la corte de distrito; y, además, alegó ser inocente. El acu-
sado tomó excepción.''

Como esto es lo único que consta en la transcripción res-
pecto de esa alegación estamos impedidos de resolver si es-
taba fundada la alegación del apelante. *El Pueblo* v. *Burgos,*

17 D. P. R. 1157, y *El Pueblo* v. *Guillies & Woodward,* 20 D. P. R. 502.

La prueba contradictoria a que dió crédito el juez demostró que en la noche del 11 de octubre de 1914, estando el apelante en la acera del frente de su casa tenía consigo un revólver con el que hizo algunos disparos. Tal hecho constituye el delito de portar armas por el cual fué condenado el apelante, pues la acera no es la morada de una persona.

La sentencia debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.